IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CELENA M. LOWES, Individually n
and as Mother and Natural Guardian
of Plaintiff B.P.L., a Minor,

Plaintiff,

v.

PFIZER INC., a Delaware Corporation:
PFIZER INTERNATIONAL LLC, a New York
Limited Liability Corporation; and
GREENSTONE LLC, a Delaware Limited
Liability Company,

Defendants.                                              No. 12-00173-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is plaintiff's motion for voluntary dismissal and request for expedited consideration (Doc. 9). Based on the reasons stated in the motion, the Court **GRANTS** the motion and **DISMISSES** without prejudice this cause of action. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 18th day of April, 2012.

Digitally signed by
David R. Herndon
Date: 2012.04.18
11:53:03 -05'00'

Chief Judge
United States District Court